**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAIRO FERNANDO MIER-CARDENAS, | No. 09-16836 |
| Petitioner - Appellant, | D.C. No. 1:09-cv-00209-LJO |
| v. | |
| NEIL H. ADLER, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted September 13, 2010[**]

Before:  SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Federal prisoner Jairo Fernando Mier-Cardenas appeals pro se from the

district court's judgment denying his 28 U.S.C. § 2241 habeas petition.  We have

jurisdiction under 28 U.S.C. § 2253, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Mier-Cardenas challenges a disciplinary decision in which he was found guilty of possession, manufacture, or introduction of a hazardous tool. He contends that he did not receive adequate notice of the charges. This contention fails because Mier-Cardenas was provided with enough information about the factual basis for the charge "to enable him to marshal the facts and prepare a defense." *Wolff v. McDonnell*, 418 U.S. 539, 564 (1974).

Mier-Cardenas also contends that the hearing officer's decision was not supported by the evidence. "Some evidence" supports the prison disciplinary decision. *Superintendent v. Hill*, 472 U.S. 445, 454 (1985).

**AFFIRMED.**

09-16836